AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Surface Shields, inc.

**JUDGMENT IN A CIVIL CASE**

v.

Casc Number: 02 C 7228

Poly-Tak- Protection Systems, Inc.

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Jury Verdict, judgment is entered in favor of plaintiff, Surface Shields, Inc. and against defendant, Poly-Tak Protection Systems, Inc. in the total amount of $2,351,090.00 which consists of $635,000.00 in punitive damages and $1,716,090.00 in compensatory damages.

Michael W. Dobbins, Clerk of Court

Date: 7/8/2004

Mathew P. John, Deputy Clerk