IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

SEP 2 8 2004

| | |
|---|---|
| SURFACE SHIELDS, INC., ) | Case No. 02C 7228 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Notice of Appeal |
| ) | |
| POLY-TAK PROTECTION SYSTEMS, ) | |
| INC. and DOUG CWIERTNIA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Notice is hereby given that POLY-TAK PROTECTION SYSTEMS, INC., defendant in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment in this matter entered in this action on July 8, 2004, and from an order denying defendant's Motion for New Trial, and Renewed Motion for Judgment as a Matter of Law entered on September 20, 2004.

NOTICE OF APPEAL

Dated: September 27, 2004

/s/ Brian I. Glicker

Brian I. Glicker
Attorneys for Defendants, POLY-TAK
PROTECTION SYSTEMS, INC.
Address: 15303 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403

Brian I. Glicker
GLICKER & FLAIG
A Professional Law Corporation
15303 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
(818) 788-8886

William Hart
HART, KING & COLDREN
200 East Sandpointe, #400
Santa Ana, CA 92708

Joanna C. Fryer
Designated as Local Counsel
5555 North Sheridan Road, Suite 241
Chicago, IL 60640
(773) 275-7375

## CERTIFICATE OF SERVICE

I certify that, on September 27, 2004 I served: **NOTICE OF APPEAL**
On:

**CLERK'S OFFICE**
**U.S. Court of Appeals**
**Room 2722**
**219 S. Dearborn Street**
**Chicago, IL 60604**

|  |  |
|---|---|
| ____ | Hand Delivery |
| __x__ | Mailing via U.S. First Class |
| ____ | Overnight via Federal Express |
| ____ | Facsimile |

a copy to:

Edward J. Manzke
David J. Fish
The Collins Law Firm, P.C.
1770 North Park Street, Suite 200
Naperville, Illinois 60563
Tel: (630) 527-1595
Fax: (630) 527-1193
Attorneys for SURFACE SHIELDS,

By: _____
Claudia Luckey